UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARIA LOPEZ-MAYEN
           Plaintiff,

v.

LOWE'S HOME CENTERS, LLC, ROBERT
THOMAS, and WILLIAM LAPASNICK,
           Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 9668 (VB)

      The Court has been advised that the parties have reached a settlement in principle of this case. (Doc. #23). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 5, 2023. To be clear, any application to restore the action must be filed by July 5, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: June 2, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge